Applying this test to the present case, we find the corroboration insufficient.

The judgment is reversed and the cause remanded.

## LEE v. STATE.
### No. 26118.

Court of Criminal Appeals of Texas.
Dec. 17, 1952.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

The offense is driving a motor vehicle upon a public road while intoxicated; the punishment, a fine of $50.

No statement of facts or bills of exception are found in the record, and the proceedings appear to be regular.

The judgment is affirmed.

Opinion approved by the Court.